11 F.3d 124
 UNITED STATES of America, Plaintiff-Appellee,
v.
Robert P. AGUILAR, Defendant-Appellant.
UNITED STATES of America, Plaintiff-Appellee-Cross-Appellant,
v.
Robert P. AGUILAR, Defendant-Appellant-Cross-Appellee.
 Nos. 90-10597, 91-10024.
 United States Court of Appeals,
Ninth Circuit.
 Dec. 2, 1993.
 
 Before: WALLACE, Chief Judge, HUG, TANG, FARRIS, PREGERSON, NORRIS, REINHARDT, BRUNETTI, KOZINSKI, LEAVY, and FERNANDEZ, Circuit Judges.
 
 ORDER
 
 1
 The panel opinion in this case, filed on May 12, 1993, amended on August 9, 1993, and reported at 994 F.2d 609, is withdrawn.